Daniel L. Warshaw (SBN: 185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

*Attorneys for Plaintiffs and the Proposed Class*
*(Additional Counsel on Signature Page)*

Jennifer Jackson (SBN: 192998)
Richard Chagoury (SBN: 329842)
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

*Attorneys for Defendant Aeries Software, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANURAG GUPTA** and by and through him, D.G. and V.G., his minor children, *individually and on behalf of all others similarly situated*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **AERIES SOFTWARE, INC.** <br><br> **Defendant.** | Case No. 8:20-cv-00995-FMO-ADS <br><br> **JOINT STIPULATION TO STAY LITIGATION THROUGH NOVEMBER 10, 2020** |

Plaintiffs Anurag Gupta and his minor children, D.G. and V.G.("Plaintiffs") and Defendant Aeries Software, Inc. ("Aeries"), by and through their respective counsel of record, hereby stipulate to the following:

1. Whereas, counsel for Plaintiffs and Aeries held a meet-and-confer conference pursuant to Rule 26(f) on September 10, 2020. During the course of the Parties' discussion, the topic of settlement was raised and all sides agreed the present action may be well suited for early resolution via mediation with a third-party neutral. *See* Declaration of Hassan A. Zavareei ¶ 3.

2. Whereas, the Parties are presently selecting an appropriate mediator with knowledge of the issues that will be central to the resolution of this action. The Parties plan to conduct such mediation by no later than November 10, 2020. *Id.* ¶ 4.

3. Whereas, during the Parties' September 10, 2020 meet-and-confer conference, all counsel agreed that the likelihood of mediation and settlement efforts succeeding would increase if this action were stayed through November 10, 2020, including a stay with respect to all motions and requests made to date. Such a stay would conserve the resources of the parties and the Court, and allow the parties to focus on mediation and settlement. *Id.* ¶ 5.

4. Whereas, the Court has scheduled a hearing on Aeries' motion to dismiss on October 8, 2020 (ECF No. 28), and a scheduling conference on October 1, 2020. Plaintiffs' response to Aeries' motion to dismiss is presently due September 17, 2020, and Aeries' reply is presently due September 24, 2020. *Id.* ¶ 6. As explained above, the parties agree that adjournment of the hearing and scheduling conference, as well as a stay of briefing on Aeries' motion to dismiss, until after November 10, 2020, will benefit the settlement process and conserve resources.

5. Whereas, on June 22, 2020, the Parties filed a Stipulation extending the time for Defendant Aeries to respond to the Complaint. ECF No. 18. On July 21, 2020, Aeries filed its first motion to dismiss. ECF No. 20. On July 24, 2020, the Parties

filed another Stipulation extending the time for Plaintiffs to respond to the motion to dismiss. ECF No. 24. The Court granted the Parties' Stipulation on July 27, 2020. ECF No. 25. Plaintiffs filed an Amended Complaint on August 13, 2020. ECF No. 26. Aeries filed a motion to dismiss the Amended Complaint on August 27, 2020. ECF No. 27. Aside from the Stipulations of June 22, 2020 (ECF No. 18) and July 24, 2020 (ECF No 24), no other requests for continuance have been filed with or granted by this Court. *Id.* ¶ 7.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

a. Subject to the Court's approval, this action, and all proceedings and deadlines herein, shall be stayed up through and including November 10, 2020;

b. Subject to the Court's approval, the scheduling conference scheduled for October 1, 2020, and the hearing on Aeries' motion to dismiss scheduled for October 8, 2020, shall be taken off calendar;

c. If the parties fail to resolve this matter on or before November 10, 2020, they shall so notify the Court so that the scheduling conference and the hearing and associated briefing on Aeries' motion to dismiss may be rescheduled.

**IT IS SO STIPULATED.**

Dated: September 11, 2020

    */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN: 185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300

Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

Joseph C. Bourne (SBN: 308196)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: jbourne@pswlaw.com

Hassan A. Zavareei (SBN: 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

*Attorneys for Plaintiffs and the Proposed Class*


 /s/ Jennifer Jackson
Jennifer Jackson (SBN: 192998)
Richard Chagoury (SBN: 329842)
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

*Attorneys for Defendant Aeries Software, Inc.*

JOINT STIPULATION TO STAY LITIGATION THROUGH NOVEMBER 10, 2020