**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANURAG GUPTA and by and through him, D.G. and V.G., his minor children,**<br><br>*individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**AERIES SOFTWARE, INC.**<br><br>Defendant. | Case No. 8:20-cv-00995-FMO-ADS<br><br>**ORDER GRANTING STIPULATION [29] OF THE PARTIES TO STAY LITIGATION THROUGH NOVEMBER 10, 2020** |

---

ORDER GRANTING STIPULATION OF THE PARTIES TO STAY LITIGATION THROUGH NOVEMBER 10, 2020

1  The Court, having considered the Parties' Stipulation to stay this action through November 10, 2020, and to take off calendar the October 1, 2020 scheduling conference and the October 8, 2020 hearing on Defendant's Motion to Dismiss the First Amended Complaint ("Motion"), and good cause appearing, hereby GRANTS IN PART and DENIES in PART the Stipulation and ORDERS:

1) That this action, and all proceedings and deadlines herein, are stayed up through and including November 10, 2020;

2) The scheduling conference set for October 1, 2020, is hereby continued to November 19, 2020, at 10:00 a.m.; and

3) The hearing on Defendant's Motion to Dismiss set for October 8, 2020, is hereby continued to November 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 21, 2020           _____/s/_____
                                    Hon. Fernando M. Olguin
                                    United States District Judge

---

ORDER GRANTING STIPULATION OF THE PARTIES TO STAY LITIGATION THROUGH NOVEMBER 10, 2020