DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class*

*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANURAG GUPTA and by and through him, D.G. and V.G., his minor children, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AERIES SOFTWARE, INC.,<br><br>Defendant. | CASE NO. 8:20-cv-00995-FMO-ADS<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

951764.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Anurag Gupta and by and through him, D.G. and V.G., his minor children and Defendant Aeries Software, Inc., through their respective undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve this matter, and now need to negotiate a written settlement agreement and related documents to submit to the Court and handle other related administrative matters. Based on the foregoing, the parties respectfully request that the matter be stayed and that all deadlines be vacated. The parties intend to file a joint briefing schedule for the Motion for Preliminary Approval of Settlement within the next thirty days.

Dated: April 2, 2021

By: _____*/s/ Daniel L. Warshaw*_____
DANIEL L. WARSHAW

Daniel L. Warshaw (Bar No. 185365)
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
Email: dwarshaw@pswlaw.com

Hassan A. Zavareei (CA Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

*Counsel for Plaintiffs and the Proposed Class*