Daniel L. Warshaw (CA Bar No. 185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

*Attorneys for Plaintiffs*
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **ANURAG GUPTA and by and through him, D.G. and V.G., his minor children,** *individually and on behalf of all others similarly situated*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **AERIES SOFTWARE, INC.,** <br><br> **Defendant.** | Case No. 8:20-cv-00995-FMO-ADS <br><br> **PETITION TO APPROVE SETTLEMENT OF MINORS' CLAIMS** <br><br> Assigned to the Honorable Fernando M. Olguin <br><br> Date: July 15, 2021 <br> Time: 10:00 a.m. <br> Courtroom: 6D |

Pursuant to Local Rule 17-1 and California Civil Code § 372, Petitioner Anurag Gupta, in his capacity as guardian ad litem on behalf of minor plaintiffs D.G. and V.G., respectfully submits this Petition to Approve Settlement of Minors' Claims. The contemplated settlement encompasses the individual claims asserted in the above-captioned lawsuit filed on behalf of Anurag Gupta and the minor plaintiffs against Defendant Aeries Software, Inc. ("Aeries"). Plaintiff Anurag Gupta and minor plaintiffs D.G. and V.G. initially brought this action as a class action on behalf of themselves and others similarly situated. Pursuant to the parties' Stipulation to File Second Amended Complaint filed on June 8, 2021 (ECF No. 52), the Plaintiffs and Aeries agreed to substitute Melinda Tomes as class representative. The parties agreed to settle the claims of Plaintiff Anurag Gupta and minor plaintiffs D.G. and V.G. on an individual basis.

Local Rules 17-1.2 and 17-1.3 provide that "[n]o claim in any action involving a minor or incompetent person shall be settled, compromised, or dismissed without leave of the Court embodied in an order, judgment, or decree" and "[i]nsofar as practicable, hearings on petitions to settle, compromise, or dismiss a claim in an action involving a minor or incompetent person shall conform to Cal. Civ. Proc. Code § 372 and California Rule of Court 3.1384." These rules provide a statutory scheme for oversight and approval of a minor's compromises and for the submission of a form MC-350. Petitioner does not believe that the submission of this form is required in a federal court action. However, because this Court has previously requested this form in another case, *see* Order Re: Petitions to Approve Minor's Compromise, *Martinez v. United States*, Case No. 2:17-cv-08810 (C.D. Cal. July 17, 2020), ECF No. 140, and out of an abundance of caution, Petitioner has attached Forms MC-350 for each minor plaintiff as Exhibits A and B to this petition.

In support of this petition, Petitioner also states as follows:

1. **Petitioner**: Anurag Gupta, guardian ad litem for minor children D.G. and V.G.

2. **Claimants**: The minor claimants are D.G. and V.G.

3. **Petitioner's relationship to the claimants**: Guardian ad litem and parent.

4. **Nature of the claims**: Plaintiff Anurag Gupta, as well as his minor children, plaintiffs D.G. and V.G., filed this lawsuit against Defendant Aeries Software, Inc. ("Aeries") alleging damages arising from a data breach beginning November 4, 2019 at the ABC Unified School District that resulted in unauthorized access to the personal information of students and students' parents and guardians. Plaintiffs alleged that the ABC Unified School District used Aeries' software to manage student data, and that Aeries had failed to appropriately safeguard that data. First Amended Complaint, ECF No. 26. Aeries did not notify the school district of the data breach until April 27, 2020. Plaintiffs brought causes of action against Aeries for negligence, breach of confidence, breach of contract, and violations of California's Unfair Competition Law, California's Customer Records Act, and California Consumer Privacy Act. Plaintiffs sought compensatory damages, statutory damages, injunctive relief, and a declaratory judgment.

5. Petitioner has made a careful and diligent inquiry and investigation into the facts and circumstances of the incident in which he and minor plaintiffs D.G. and V.G. were injured, the responsibility for the incident, and the nature and seriousness of the claimants' injuries. Petitioner understands that if the compromise proposed in this petition is approved by the court and consummated, the claimants will never be able to recover any more compensation from the settling defendants named below even if the claimants' injuries turn out to be more serious than they are now thought to be.

6. **Amount and Terms of the Settlement:** By way of settlement, Defendant Aeries Software, Inc. has agreed to (a) pay one thousand dollars ($1,000.00) to Anurag

Gupta; (b) pay one thousand five hundred dollars ($1,500.00) to each of D.G. and V.G.; and (c) pay two hundred and ten dollars ($210.00) to each of D.G. and V.G. to account for the cost of three years of enrollment in an identity theft protection product.

7. There are no medical expenses or liens at issue in this matter.

8. **Information About Attorneys Representing Petitioner:** The attorneys who have represented plaintiffs are:

> Daniel L. Warshaw (CA Bar No. 185365)
> **PEARSON, SIMON & WARSHAW, LLP**
> 15165 Ventura Boulevard, Suite 400
> Sherman Oaks, CA 91403
>
> Hassan A. Zavareei (CA Bar No. 181547)
> **TYCKO & ZAVAREEI LLP**
> 1828 L Street NW, Suite 1000
> Washington, DC 20036

The attorneys have not become involved with the petition, either directly or indirectly, at the instance of any party against whom the claim is asserted or of any party's insurance carrier. Zavareei Decl. ¶ 6.

The attorneys also represent plaintiff Melinda Tomes in this matter on behalf of herself and all other persons similarly situated. *See* Stipulation to File Second Amended Complaint (ECF No. 52). The attorneys do not represent and are not employed by any other party or insurance carrier involved in this matter. Zavareei Decl. ¶ 7.

The attorneys have not received any attorney's fees or other compensation for services provided in connection with the claim giving rise to the petition or with the preparation of the petition. Zavareei Decl. ¶ 8.

Petitioner and his attorneys did enter into an agreement for services provided in connection with the claim giving rise to this petition. Zavareei Decl. ¶ 9. That agreement contemplated pursuing Plaintiffs' claims as a class action. Zavareei Decl. ¶ 9. As Plaintiffs Anurag Gupta, D.G., and V.G. are now seeking to settle their claims on an individual basis only, attorneys for Petitioner are not seeking to recover any attorneys' fees or costs from Anurag Gupta, D.G., or V.G. Zavareei Decl. ¶ 10. However, the

PETITION TO APPROVE SETTLEMENT OF MINORS' CLAIMS
Case No: 8:20-cv-00995-FMO-ADSx

1. attorneys will seek to recover attorneys' fees for the work they performed on behalf of the class of "[a]ll individuals in the United States who had an Aeries account through the San Dieguito Union High School District at the time of the Data Breach," Second Amended Complaint at ¶ 89, from the class settlement. The class settlement is not at issue in this petition to approve the settlement of the individual claims of D.G. and V.G.

9. There is no guardianship of the estates of the minors. Petitioner requests that the Court allow the settlement amount to be paid by check made out to "Anurag Gupta," claimants' parent, without bond, pursuant to California Probate Code sections 3401-3402. Pursuant to California Probate Code § 3401(c)(2), Petitioner avers that the value of each minor's estate, including the money or property to be delivered to the parent, does not exceed five thousand dollars ($5000) in value.

For the foregoing reasons, Petitioner recommends the proposed compromise, settlement, or disposition of judgment proceeds for the claimants to the Court as being fair, reasonable, and in the best interest of the claimants. Petitioner requests that the Court approve this compromise, settlement, or disposition and make any other orders that are just and reasonable.

Dated: June 15, 2021

Respectfully submitted,
 /s/ *Hassan A. Zavareei*
Hassan A. Zavareei (CA Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

Daniel L. Warshaw (CA Bar No. 185365)
**PEARSON, SIMON & WARSHAW, LLP**

15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

*Counsel for Plaintiffs*

# VERIFICATION

I, Anurag Gupta, and the Guardian ad litem for minors D.G. and V.G., and I am the petitioner. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 14, 2021

By: _____
Anurag Gupta