# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ANURAG GUPTA and by and through him, D.G. and V.G., his minor children,** *individually and on behalf of all others similarly situated*, <br><br>**Plaintiffs,**<br><br>v.<br><br>**AERIES SOFTWARE, INC.,**<br><br>**Defendant.** | Case No. 8:20-cv-00995-FMO-ADS <br><br> **ORDER** <br><br> Assigned to the Honorable Fernando M. Olguin |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the Petition to Approve Settlement of Minors' Claims [56], unopposed and without objection by Defendant, and finding compliance with C.D. Cal. R. 17-1, California Code of Civil Procedure § 372, and California Rule of Court 3.1384, as applicable the Petition is hereby APPROVED as follows:

1. The Petition is granted and the proposed compromise of the disposition of the claims is approved.

2. The settlement shall be divided as follows: (a) one thousand dollars ($1,000.00) to Anurag Gupta; (b) one thousand five hundred dollars ($1,500.00) to each of D.G. and V.G.; and (c) two hundred and ten dollars ($210.00) to each of D.G. and V.G. to account for the cost of three years of enrollment in an identity theft protection product.

3. Pursuant to California Probate Code § 3401, the settlement shall be made by check made payable to "Anurag Gupta" and shall be delivered without bond.

Dated: __March 3__, 2023

/s/
HON. FERNANDO M. OLGUIN
United States District Judge