JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANURAG GUPTA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AERIES SOFTWARE, INC.,<br><br>Defendant. | Case No. SA CV 20-0995 FMO (ADSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Melinda Tomes shall be paid a service payment of $2,500.00 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $437,500.00 in attorney's fees, and $15,780.88 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The settlement administrator, JND, shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order in an amount not to exceed $200,000.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this

action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 3rd day of March, 2023.

/s/<br>
Fernando M. Olguin<br>
United States District Judge